IN THE UNTIED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2001 SEP 27 P 3: 30

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT

JASON HATTON,                          )
                                       )
                                       )
          Plaintiff,                   )
                                       )    CIVIL ACTION NO: 1:07-CV-864-WKW
v.                                     )
                                       )
BLACK & DECKER (U.S.), INC.            )
d/b/a DEWALT INDUSTRIAL TOOL           )
COMPANY                                )    **JURY TRIAL REQUESTED**
                                       )
          Defendant.                   )

# C O M P L A I N T

## PARTIES

1.    Plaintiff, JASON HATTON, at all times material to the allegations of this complaint was and is a resident citizen of Houston County, Alabama and was over the age of nineteen (19) years.

2.    Defendant, BLACK & DECKER (U.S.), INC., d/b/a DEWALT INDUSTRIAL TOOL COMPANY is a foreign corporation, incorporated in the State of Maryland and having its principal place in business in the State of Maryland at all times material to the allegations in this complaint. At all times relevant to the allegations in this complaint, this Defendant purposefully placed into the stream of commerce the subject miter saw with the intent that said saw and others like it were distributed throughout the United States, including the State of Alabama, Houston County.

1

## JURISDICTION

3.      Jurisdiction is founded under the provisions of 28 U.S.C. § 1332 (a), et seq. which grants this court jurisdiction in civil actions on the basis of diversity of citizenship where the matter in controversy, exclusive of interest and costs, exceeds seventy-five thousand dollars ($75,000.00).

## COUNT I

4.      Plaintiff re-adopts and re-incorporates Paragraphs 1 through 3 as if fully set out herein.

5.      On or about October 1, 2005, plaintiff, JASON HATTON, while cutting a piece of lumber, was severely injured when a DW705 Compound Miter Saw, Type 7 pulled his hand into the saw blade. As a proximate result thereof, plaintiff, JASON HATTON was severely injured.

6.      On or about October 1, 2005, and for some time prior thereto, the defendant, BLACK & DECKER (U.S.), INC., d/b/a DEWALT INDUSTRIAL TOOL COMPANY, was engaged in the business of designing, manufacturing, selling and/or distributing miter saws and their component parts throughout the United States, including the State of Alabama, for use by certain members of the general public. Said defendant during said period of time and for a valuable consideration designed, manufactured, sold and/or distributed the miter saw (identified as DW705, Compound Miter Saw, Type 7, U.S. Pat. 5,819,619; Des. No. 346,173) which injured the plaintiff proximately causing his injuries as set out hereinafter.

7.      At the aforesaid time and place, said miter saw and its component parts were in substantially the same condition as when manufactured, sold and/or distributed, and was being used in a manner that was foreseeable. The miter saw and its component parts were not reasonably safe

2

when being used in a foreseeable manner, but, to the contrary, were defective and unreasonably dangerous to the human body when being so used. Said defendant knew, or in the exercise of reasonable care should have known, that said miter saw and its component parts were unreasonably dangerous to the human body when being so used in a foreseeable manner.

8.    The foregoing wrongful conduct of said defendant was the proximate cause of plaintiff's injuries and renders said defendant liable to plaintiff pursuant to the Alabama Extended Manufacturer's Liability Doctrine.

WHEREFORE, plaintiff demands judgment against the defendant, in an amount of compensatory and punitive damages that exceeds the jurisdictional limits of this Court, together with interest from the date of injury, and the costs of this proceeding.

## COUNT II

9.    Plaintiff re-adopts and re-alleges Paragraphs 1 through 8 as if fully set out herein.

10.    The defendant, BLACK & DECKER (U.S.), INC., d/b/a DEWALT INDUSTRIAL TOOL COMPANY, as the designers, manufacturers, sellers and/or distributors of the miter saw and its component parts involved in the occurrence made the basis of plaintiff's complaint negligently and/or wantonly failed to warn plaintiff of the dangers associated with the use of said miter saw and its component parts due to its defective and unsafe condition as aforementioned and such negligent and/or wanton conduct was a proximate cause of plaintiff's injuries as set out below.

WHEREFORE, plaintiff demands judgment against each of the defendants, jointly and severally, in an amount of compensatory and punitive damages that exceeds the jurisdictional limits of this Court, together with interest from the date of injury, and the costs of this proceeding.

3

## **COUNT III**

11.    Plaintiff re-adopts and re-alleges Paragraphs 1 through 10 as if fully set out herein.

12.    The defendant, BLACK & DECKER (U.S.), INC., d/b/a DEWALT INDUSTRIAL TOOL COMPANY expressly and/or impliedly warranted that the miter saw and its component parts involved in the occurrence made the basis of the plaintiff's complaint was reasonably fit and suitable for the purpose for which it was intended to be used.  Plaintiff avers that said defendant breached said expressed and/or implied warranties and that said miter saw and its component parts were not reasonably fit and suitable for the purpose for which it was intended to be used, but, to the contrary, said miter saw and its component parts at the time it was manufactured, distributed, sold and/or delivered, was in a dangerously defective and unsafe condition as aforementioned.  Plaintiff further avers that as a proximate result of the aforesaid breach of warranty by said defendant, plaintiff was caused to suffer the injuries as set out below.

13.    On or before October 1, 2005, the defendant was guilty of negligent and/or wanton conduct and/or was in violation of the Alabama Extended Manufacturer's Liability Doctrine and/or Strict Liability Doctrine and said negligent, wanton, or other wrongful conduct combined and concurred, to proximately cause plaintiff's injuries and damages as set out below.

(a)    Plaintiff was caused to be permanently injured.

(b)    Plaintiff was caused and will be caused in the future to expend large sums of money in the nature of doctor, hospital, drug and other medical expenses in and about an effort to heal and cure his injuries.

(c)    Plaintiff was caused to be permanently unable to pursue many of his normal and usual activities.

(d)    Plaintiff's earning capacity was caused to be greatly and permanently diminished.

4

(e)    Plaintiff has suffered mental anguish and emotional distress due to his injuries.

(f)    Plaintiff has been permanently disfigured.

WHEREFORE, plaintiff demands judgment against the defendant, in an amount of compensatory and punitive damages that exceeds the jurisdictional limits of this Court, together with interest from the date of injury, and the costs of this proceeding.



STEVEN W. COUCH
Attorney for Plaintiff
Bar Code No.:  COU-014

OF COUNSEL:
HOLLIS, WRIGHT & HARRINGTON, P.C.
505 20th Street North
Suite 1500
Birmingham, AL 35203

## JURY DEMAND

Pursuant to Federal Rules of Civil Procedure, plaintiff demands a trial by jury on all counts herein in this action.

OF COUNSEL

## REQUEST FOR CERTIFIED MAIL SERVICE BY CLERK

The plaintiff hereby requests that the clerk serve the defendant by certified mail, return receipt requested.

OF COUNSEL

5

**ADDRESSES OF ALL PARTIES**:

Jason Hatton
201 Lakeside Drive
Dothan, Alabama 36301

**PLEASE SERVE DEFENDANT VIA CERTIFIED MAIL TO:**

BLACK & DECKER (U.S.), INC.,
d/b/a DEWALT INDUSTRIAL TOOL COMPANY
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama  36109

DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000551
Cashier ID: kburkhar
Transaction Date: 09/27/2007
Payer Name: HOLLIS AND WRIGHT PC
----------------------------------
CIVIL FILING FEE
 For: HOLLIS AND WRIGHT PC
 Case/Party: D-ALM-1-07-CV-000864-001
 Amount:        $350.00
----------------------------------
CHECK
 Check/Money Order Num: 10549
 Amt Tendered:  $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

HATTON V. BLACK AND DECKER ETC