%AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama, Southern Division__

Jason Hatton

V.

Black & Decker (U.S.), Inc. d/b/a DeWalt
Industrial Tool Company

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07-CV-864 WKW

TO: (Name and address of Defendant)

Black & Decker (U.S.), Inc. d/b/a DeWalt Industrial Tool Company
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steve W. Couch
Hollis, Wright & Harrington, P.C.
505 20th Street North
Suite 1500
Birmingham, AL  35203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

_/s/ signature_
(By) DEPUTY CLERK

9/28/07

DATE