**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Black & Decker (U.S.), Inc. d/b/a
   DeWalt Industrial Tool Company
   c/o The Corporation Company
   2000 Interstate Park Drive, Ste. 204
   Montgomery, AL 36109

2. Article Number
   (Transfer from service label)

   7006 2760 0002 4646 1445

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  The Corporation Company    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   The Corporation Company        10/1/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

   07cv864
   S+C

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes