UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JASON HATTON,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   Case Number: 1:07-cv-0864-WKW-SRW |
| | ) |
| **BLACK & DECKER (U.S.) INC., d/b/a** | ) |
| **DEWALT INDUSTRIAL** | ) |
| **TOOL COMPANY,** | ) |
| | ) |
|    **Defendant.** | ) |

## CONFLICT DISCLOSURE STATEMENT

Defendant, Black & Decker (U.S.) Inc., d/b/a Dewalt Industrial Tool Company, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

Reportable Entity:                                    Relationship to Party:

Black & Decker Corporation                   Indirect Parent Company

Respectfully submitted,

**/s/ Joseph P.H. Babington**
JOSEPH P.H. BABINGTON (BABIJ7938)
Attorney for Defendant Black & Decker (U.S.) Inc.
d/b/a Dewalt Industrial Tool Company
jpb@helmsinglaw.com

OF COUNSEL:
HELMSING, LEACH, HERLONG,
 NEWMAN & ROUSE, P. C.
150 Government Street, Suite 2000 (36602)
Post Office Box 2767
Mobile, Alabama 36652
251-432-5521
251-432-0633 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steven W. Couch
Hollis & Wright, P.C.
505 North 20th Street, Suite 1500
Birmingham, Alabama 35203

This 18th day of October 2007.

**/s/ Joseph P.H. Babington**
OF COUNSEL