UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JASON HATTON,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | |
| ) | **Case Number: 1:07-CV-0864-WKW-SRW** |
| **BLACK & DECKER (U.S.) INC., d/b/a** ) | |
| **DEWALT INDUSTRIAL** ) | |
| **TOOL COMPANY,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## CONFLICT DISCLOSURE STATEMENT

Plaintiff, JASON HATTON, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

     X     This party is an individual, or

   \_\_\_\_\_     This party is a governmental entity, or

   \_\_\_\_\_     There are no entities to be reported, or

   \_\_\_\_\_     The following entities and their relationship to the party are hereby reported:

Respectfully submitted,

**/s/ Steven W. Couch**
STEVEN W. COUCH (COU-014)
Attorney for Plaintiff

**OF COUNSEL:**
HOLLIS & WRIGHT, P.C.
1500 Financial Center
505 North 20th Street
Birmingham, AL 35203
Tel:    (205) 324-3600
Fax:   (205) 324-3636

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served upon all counsel of record by the AlaFile electronic filing system, which will send notification of such filing to all parties of record on this the 23rd day of October, 2007 as follows:

Joseph P.H. Babington
HELMSING, LEACH, HERLONG
 NEWMAN & ROUSE, P.C.
150 Government Street, Suite 2000 (36602)
Post Office Box 2767
Mobile, Alabama 36652
Tel:    (251) 432-5521
Fax:   (251) 432-0633

/s/Steven W. Couch
OF COUNSEL