**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JASON HATTON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 1:07-cv-0864-WKW-SRW |
| | ) |
| **BLACK & DECKER (U.S.), INC.,** | ) |
| **d/b/a DEWALT INDUSTRIAL** | ) |
| **TOOL COMPANY,** | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL**

COMES NOW Annie J. Dike of the firm Helmsing, Leach, Herlong, Newman & Rouse, P.C., and files this Notice of Appearance as additional counsel for Defendant Black & Decker (U.S.), Inc. d/b/a Dewalt Industrial Tool Company, in the above-captioned matter.

Dated this 6th day of November, 2007.

Respectfully submitted,

**/s/ Annie J. Dike**
JOSEPH P.H. BABINGTON (BABIJ7938)
ANNIE J. DIKE (DIKEA6170)
Attorneys for Defendant Black & Decker (U.S.), Inc. d/b/a Dewalt Industrial Tool Company
jpb@helmsinglaw.com
ajd@helmsinglaw.com

OF COUNSEL:
HELMSING, LEACH, HERLONG,
  NEWMAN & ROUSE, P. C.
150 Government Street, Suite 2000 (36602)
Post Office Box 2767
Mobile, Alabama 36652
251-432-5521
251-432-0633 (fax)

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Steven W. Couch
    Hollis & Wright, P.C.
    505 North 20th Street, Suite 1500
    Birmingham, Alabama 35203

This 6th day of November, 2007.

                                                        **/s/ Annie J. Dike**
                                                        OF COUNSEL