IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JASON HATTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07cv864-WKW |
| | ) | |
| BLACK & DECKER (U.S.), INC., d/b/a | ) | |
| DEWALT INDUSTRIAL TOOL | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of defendant's motion to compel (Doc. # 13), filed January 7, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Plaintiff shall respond to defendant's first interrogatories and requests for production of documents on or before January 18, 2008.

DONE, this 9th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE