**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **JASON HATTON,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v.  ) | **Case Number: 1:07-cv-0864-WKW-SRW** |
| ) | |
| **BLACK & DECKER (U.S.) INC.,** ) | |
| **d/b/a DEWALT INDUSTRIAL** ) | |
| **TOOL COMPANY,** ) | |
| ) | |
|    Defendant. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Jason Hatton, and Defendant, Black & Decker (U.S.) Inc., d/b/a DeWalt Industrial Tool Company, by and through their respective undersigned counsel, upon suggestion to the Court that the parties have reached a full and complete settlement of all claims arising out of the events and transactions alleged in the Complaint, as last amended, hereby stipulate to the dismissal of this case, with prejudice, each party to bear its own costs.

Respectfully submitted this the 29th day of February, 2008.

 

**s/ Joseph P.H. Babington**
JOSEPH P.H. BABINGTON (BABIJ7938)
ANNIE J. DIKE (DIKEA6170)
Attorneys for Defendant Black & Decker (U.S.) Inc.
d/b/a Dewalt Industrial Tool Company
jpb@helmsinglaw.com
ajd@helmsinglaw.com

OF COUNSEL:
HELMSING, LEACH, HERLONG,
  NEWMAN & ROUSE, P. C.
150 Government Street, Suite 2000 (36602)
Post Office Box 2767
Mobile, Alabama 36652
251-432-5521
251-432-0633 (fax)


                                            **s/ Stephen W. Couch**        *(signed with consent)*
                                            STEPHEN W. COUCH (COU014)
                                            Attorney for Plaintiff Jason Hatton


OF COUNSEL
HOLLIS, WRIGHT & HARRINGTON, P.C.
Financial Center
505 North 20th Street, Suite 1500
Birmingham, Alabama 35203